# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv219

| | |
|---|---|
| MICHAEL A. KITCHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| FARRELL LOG STRUCTURES LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Enlargement of Time for Attorney's Conference. As provided in the district court's Standing Civil Order,1:07mc23, the requirements of the Clerk of Court's notice entered in this matter are modified to provide that the "joinder of the issues" does not occur until briefed motions to dismiss have been disposed of and all answers filed. Such Order became effective August 1, 2007. Thus, the requirement that an IAC be conducted is automatically reset to 14 days from joinder of the issues. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Enlargement of Time for Attorney's Conference (#7) is **GRANTED,** and the IAC is not due to be conducted until 14 days from joinder of issues, and the CIAC is not due until 5 days after such IAC.

Signed: August 6, 2007

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge