# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07cv219

| | |
|---|---|
| MICHAEL A. KITCHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| FARRELL LOG STRUCTURES LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's Motion to File Documents Under Seal. The court has considered the factors under Local Civil Rule 6.1(C) and determined that no other less exclusive method exists for protecting medical privacy other than sealing medical records. Having fully considered the motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to File Documents Under Seal (#32) is **GRANTED,** and plaintiff may file such medical documents under seal.

Signed: July 18, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge