IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07cv219

| | |
|---|---|
| MICHAEL KITCHEN,          )<br>                             )<br>     Plaintiff,            )<br>                             )<br>vs.                          )<br>                             )<br>FARRELL LOG STRUCTURES, INC., )<br>                             )<br>     Defendant.            )<br>_____)  | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion in Limine [Doc. 54].

The Defendant filed a Motion in Limine on December 23, 2008. [Doc. 54]. This case is currently scheduled for a pretrial conference on January 8, 2009. So that the Court may consider the Motion in Limine at the pretrial conference, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall file a Response to the Defendant's Motion in Limine on or before **January 5, 2009.**

Signed: December 29, 2008

Martin Reidinger
United States District Judge