# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:07cv219

| | |
|---|---|
| MICHAEL A. KITCHEN, ) ) Plaintiff, ) ) vs. ) ) FARRELL LOG STRUCTURES, L.L.C., ) ) Defendant. ) | **JUDGMENT** |

**THIS MATTER** having come before the Court for trial and the jury having rendered its verdict on February 2, 2009,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff Michael A. Kitchen shall have, take and recover of the Defendant Farrell Log Structures, L.L.C. the sum of twenty-five thousand dollars and no cents ($25,000.00) as compensatory damages and the sum of twenty-five thousand dollars and no cents ($25,000.00) as punitive damages, together with interest and costs as provided by law.

Martin Reidinger
United States District Judge

Signed: February 10, 2009