# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 1:07cv219

| | |
|---|---|
| MICHAEL A. KITCHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FARRELL LOG STRUCTURES, L.L.C., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for an Award of Attorneys' Fees and Costs [Doc. 82].

On July 10, 2009, the Court was notified by defense counsel that the Defendant had filed a voluntary petition for bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code on May 7, 2009. [Doc. 95]. The automatic stay provisions of Section 362 of the Bankruptcy Code preclude further prosecution of the motion by the Plaintiff. The underlying case has been closed due to entry of the Judgment based on the jury verdict rendered on February 2, 2009. [Docs. 77, 80]. The Court will therefore stay any ruling on the motion pending the conclusion of the bankruptcy proceedings.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for an Award of Attorneys' Fees and Costs [Doc. 82] is hereby **STAYED** pending the conclusion of the bankruptcy proceedings.

The Clerk of Court is instructed to terminate Doc. 82 as a pending motion.

Signed: September 1, 2009

Martin Reidinger
United States District Judge